Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−32634−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel J Williams
   4 Lake Street
   New Brunswick, NJ 08901

Social Security No.:
   xxx−xx−0917

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        1/23/18
Time:        10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 22, 2017
JAN: pbf

        Jeanne Naughton
        Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 17-32634-MBK
Daniel J Williams                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 2           Date Rcvd: Nov 22, 2017
                               Form ID: 132             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
db             +Daniel J Williams,    4 Lake Street,    New Brunswick, NJ 08901-3213
517167129      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517167130      +Barclays Bank Delaware / Upromise,    100 S West St,    Wilmington, DE 19801-5015
517167131      +Cb/westgate,    Po Box 182789,    Columbus, OH 43218-2789
517167132      +Citibank/Exxon Mobile,    Po Box 6497,    Sioux Falls, SD 57117-6497
517167133      +Citibank/Goodyear,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517167134      +Citibank/Shell Oil,    Citicorp Srvs/ Centralized Bankruptcy,    Po Box 790040,
                 St Louis, MO 63179-0040
517167135      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517167136      +Comenitybank/westgate,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517167137      +Comenitycapital/goodsa,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517167140       Elan Financial Service,    Cb Disputes,    Saint Louis, MO 63166
517167141      +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
517167144      +SST/Best Egg,    Attn: Bankruptcy,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
517167143      +Sofi Lending Corp,    375 Healdsburg Ave Ste 280,    Healdsburg, CA 95448-4151
517187780      +United Teletech Fin FC,    205 Hance Ave,    Tinton Falls, NJ 07724-2764
517167154      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2017 22:41:43      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2017 22:41:40     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517187606       E-mail/Text: mrdiscen@discover.com Nov 22 2017 22:41:02      Discover Bank,
                 Discover Products Inc.,    PO Box 3025,   New Albany, OH 43054-3025
517167138      +E-mail/Text: mrdiscen@discover.com Nov 22 2017 22:41:02      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517167142      +E-mail/Text: bankruptcyteam@quickenloans.com Nov 22 2017 22:42:03      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
517167146      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 22:49:25      Synchrony Bank,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517168209      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 22:49:25      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517167147      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 22:49:25      Synchrony Bank/ JC Penney,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517167148      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 22:49:25      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517167149      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 22:49:56      Synchrony Bank/Gap,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517167150      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 22:49:26      Synchrony Bank/Lowes,
                 Po Box 965005,    Orlando, FL 32896-5005
517167151      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 22:49:25      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517167152       E-mail/Text: bankruptcy@td.com Nov 22 2017 22:41:45     TD Bank, N.A.,   Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04243
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517167145         Syncb/pc Richard
517167153         United Teletech Fin Fc
517167139*       +Discover Financial,    Po Box 3025,   New Albany, OH 43054-3025
                                                                                  TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 22, 2017
                              Form ID: 132             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Rebecca Ann Solarz     on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
              Robert C. Nisenson     on behalf of Debtor Daniel J Williams rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```