**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security          **0** Assumption of Executory Contract or Unexpired Lease          **0** Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:      **Daniel J Williams**                                        Case No.:        _____ **17-32634** _____

                                                                          Judge:        _____

                              Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                      ☑ Modified/Notice Required          Date:        _____ 1-27-2021 _____
☐ Motions Included              ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> The following matters may be of particular importance. *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Initial Debtor(s)' Attorney _____    Initial Debtor: **DJW** _____    Initial Co-Debtor _____

## Part 1:  Payment and Length of Plan

    a.  The Debtor has paid $64,043.00 into the plan and the debtor shall pay  **$400.00  Monthly**  to the Chapter 13 Trustee, starting on February 1, 2021___ for approximately **22** months.

    b.  The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

    c.  Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d.   ☐   The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.   ☐   Other information that may be important relating to the payment and length of plan:

## Part 2:  Adequate Protection            **X** NONE

    a.  Adequate protection payments will be made in the amount of $___ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

    b.  Adequate protection payments will be made in the amount of $___ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **ROBERT C. NISENSON** | **ATTORNEYS FEES** | 2300 |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
- ☑ None
- ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

2

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the

3

allowed secured claim shall discharge the corresponding lien.

**e.  Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f.  Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Creditor

QUICKEN LOANS

**g.  Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5:  Unsecured Claims    ☐ NONE

a.  **Not separately classified**  allowed non-priority unsecured claims shall be paid:

☐     Not less than $____ to be distributed *pro rata*

☐     Not less than ___ percent

☑     *Pro Rata* distribution from any remaining funds

b.  **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7:  Motions    X NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**
- ☑ Upon Confirmation
- ☐ Upon Discharge

**b. Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

5

## Part 9:  Modification    ▮ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Reduced payment due to substantial change of circumstance, debtor's wife is no longer living at the home and in the process of divorce, pro rata plan** | reduce the trustee payments and pro rata plan |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

## Part 10 :  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: __**January 27, 2021**_____    /s/ Daniel J Williams_____
**Daniel J Williams**
Debtor

Date: _____    _____
Joint Debtor

Date __**January 27, 2021**_____    /s/ Robert C. Nisenson_____
**Robert C. Nisenson 6680**
Attorney for the Debtor(s)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 17-32634-MBK

Daniel J Williams                                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                    Page 1 of 3
Date Rcvd: Feb 01, 2021                  Form ID: pdf901                          Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**       **Definition**
+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel J Williams, 4 Lake Street, New Brunswick, NJ 08901-3213 |
| cr | + | United Teletech Financial FCU, Attn: Michael R. DuPont, Esq, 229 Broad St., PO Box 610, Red Bank, NJ 07701-0610 |
| 517167129 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517167130 | + | Barclays Bank Delaware / Upromise, 100 S West St, Wilmington, DE 19801-5015 |
| 517167132 | + | Citibank/Exxon Mobile, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517167133 | + | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517167134 | + | Citibank/Shell Oil, Citicorp Srvs/ Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517167135 | + | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517167140 | | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 517167141 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 517167144 | + | SST/Best Egg, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 517167143 | + | Sofi Lending Corp, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 517187780 | + | United Teletech Fin FC, 205 Hance Ave, Tinton Falls, NJ 07724-2764 |
| 517167154 | + | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 517236263 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Feb 02 2021 01:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Feb 02 2021 01:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517167131 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Feb 02 2021 01:51:00 | Cb/westgate, Po Box 182789, Columbus, OH 43218-2789 |
| 517167132 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 02 2021 03:51:05 | Citibank/Exxon Mobile, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517167133 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 02 2021 03:52:59 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517167134 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 02 2021 03:52:58 | Citibank/Shell Oil, Citicorp Srvs/ Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517167135 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 02 2021 03:51:05 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517167136 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Feb 02 2021 01:51:00 | Comenitybank/westgate, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517167137 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Feb 02 2021 01:51:00 | Comenitycapital/goodsa, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517187606 | | Email/Text: mrdiscen@discover.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Feb 02 2021 01:50:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 517167138 | + Email/Text: mrdiscen@discover.com |  |  |
|  |  | Feb 02 2021 01:50:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517650654 | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  | Feb 02 2021 03:50:53 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517650655 | + Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  | Feb 02 2021 03:54:43 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 517382101 | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  | Feb 02 2021 03:50:53 | LVNV Funding, LLC its successors and assigns as, assignee of Marlette Funding Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517313210 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  | Feb 02 2021 03:54:39 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517333226 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  | Feb 02 2021 03:52:41 | Portfolio Recovery Associates, LLC, c/o Exxonmobil, POB 41067, Norfolk VA 23541 |
| 517333349 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  | Feb 02 2021 03:54:39 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 517333228 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  | Feb 02 2021 03:50:50 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517302825 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  | Feb 02 2021 03:52:41 | Portfolio Recovery Associates, LLC, c/o UPromise, POB 41067, Norfolk VA 23541 |
| 517375298 | Email/Text: bnc-quantum@quantum3group.com |  |  |
|  |  | Feb 02 2021 01:51:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517167142 | + Email/Text: bankruptcyteam@quickenloans.com |  |  |
|  |  | Feb 02 2021 01:52:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 517270108 | + Email/Text: bankruptcyteam@quickenloans.com |  |  |
|  |  | Feb 02 2021 01:52:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517385914 | + Email/Text: specialservicing@sofi.com |  |  |
|  |  | Feb 02 2021 01:53:00 | Sofi Lending Corp, One Letterman Dr Bldg A Ste 4700, San Francisco, CA 94129-1512 |
| 517382843 | + Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  | Feb 02 2021 03:50:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517167146 | + Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  | Feb 02 2021 03:54:27 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517168209 | + Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  | Feb 02 2021 03:54:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517167147 | + Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  | Feb 02 2021 03:50:38 | Synchrony Bank/ JC Penney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517167148 | + Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  | Feb 02 2021 03:54:27 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517167149 | + Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  | Feb 02 2021 03:50:38 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517167150 | + Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  | Feb 02 2021 03:54:27 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 517167151 | + Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  | Feb 02 2021 03:50:38 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517167152 | Email/Text: bankruptcy@td.com |  |  |
|  |  | Feb 02 2021 01:52:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Feb 01, 2021 | Form ID: pdf901 | Total Noticed: 44

|  |  | Lewiston, ME 04243 |
|---|---|---|
| 517547102 | Email/Text: laura@redbanklaw.com | |
| | Feb 02 2021 01:50:00 | United Teletech Financial Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517167145 | | Syncb/pc Richard |
| 517167153 | | United Teletech Fin Fc |
| 517167139 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor QUICKEN LOANS INC. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Financial FCU dupont@redbanklaw.com  john@redbanklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| Robert C. Nisenson | on behalf of Debtor Daniel J Williams r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8