UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC f/k/a Quicken Loans, LLC

In Re:

Daniel J. Williams,

Debtor.

Case No.: 17-32634-MBK

Chapter: 13

Hearing Date: 10/13/2021

Judge: Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief re: 4 Lake Street, New Brunswick, NJ (Docket # 51)

_____

Date: 10/8/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*