Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−32634−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel J Williams
   4 Lake Street
   New Brunswick, NJ 08901

Social Security No.:
   xxx−xx−0917

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 3, 2021.

On October 13, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:               November 23, 2021
Time:              10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 14, 2021
JAN: pbf

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 17-32634-MBK
Daniel J Williams                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Oct 14, 2021      Form ID: 185      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel J Williams, 4 Lake Street, New Brunswick, NJ 08901-3213 |
| cr | + | United Teletech Financial FCU, Attn: Michael R. DuPont, Esq, 229 Broad St., PO Box 610, Red Bank, NJ 07701-0610 |
| 517167129 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517167130 | + | Barclays Bank Delaware / Upromise, 100 S West St, Wilmington, DE 19801-5015 |
| 517167141 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 517167144 | + | SST/Best Egg, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 517167143 | + | Sofi Lending Corp, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 517167154 | + | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 517236263 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 14 2021 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 14 2021 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517167131 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 14 2021 20:33:00 | Cb/westgate, Po Box 182789, Columbus, OH 43218-2789 |
| 517167132 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2021 20:45:36 | Citibank/Exxon Mobile, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517167133 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2021 20:45:41 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517167134 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2021 20:45:36 | Citibank/Shell Oil, Citicorp Srvs/ Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517167135 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2021 20:45:46 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517167136 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 14 2021 20:33:00 | Comenitybank/westgate, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517167137 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 14 2021 20:33:00 | Comenitycapital/goodsa, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517187606 | | Email/Text: mrdiscen@discover.com | Oct 14 2021 20:32:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 517167138 | + | Email/Text: mrdiscen@discover.com | Oct 14 2021 20:32:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517167140 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 14 2021 20:33:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2021 | Form ID: 185 | Total Noticed: 44 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517650654 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2021 20:45:36 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517650655 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2021 20:45:41 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 517382101 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2021 20:45:41 | LVNV Funding, LLC its successors and assigns as, assignee of Marlette Funding Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517313210 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2021 20:45:45 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517333226 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2021 20:45:40 | Portfolio Recovery Associates, LLC, c/o Exxonmobil, POB 41067, Norfolk VA 23541 |
| 517333349 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2021 20:45:34 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 517333228 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2021 20:45:45 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517302825 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2021 20:45:40 | Portfolio Recovery Associates, LLC, c/o UPromise, POB 41067, Norfolk VA 23541 |
| 517375298 | | Email/Text: bnc-quantum@quantum3group.com | Oct 14 2021 20:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517167142 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 14 2021 20:33:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 517270108 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 14 2021 20:33:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517385914 | + | Email/Text: specialservicing@sofi.com | Oct 14 2021 20:33:00 | Sofi Lending Corp, One Letterman Dr Bldg A Ste 4700, San Francisco, CA 94129-1512 |
| 517382843 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 20:45:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517167146 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 20:45:33 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517168209 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 20:45:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517167147 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 20:45:32 | Synchrony Bank/ JC Penney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517167148 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 20:45:40 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517167149 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 20:45:32 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517167150 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 20:45:44 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 517167151 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 20:45:43 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517167152 | | Email/Text: bankruptcy@td.com | Oct 14 2021 20:33:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 517187780 | | Email/Text: opsdept@utcu.org | Oct 14 2021 20:32:00 | United Teletech Fin FC, 205 Hance Ave, Tinton Falls, NJ 07724 |
| 517547102 | | Email/Text: laura@redbanklaw.com | | |

|  | Oct 14 2021 20:32:00 | United Teletech Financial Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
|---|---|---|

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517167145 | | Syncb/pc Richard |
| 517167153 | | United Teletech Fin Fc |
| 517167139 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2021  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor QUICKEN LOANS INC. kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Financial FCU dupont@redbanklaw.com john@redbanklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| Robert C. Nisenson | on behalf of Debtor Daniel J Williams r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9