Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−32634−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Daniel J Williams
    4 Lake Street
    New Brunswick, NJ 08901

Social Security No.:
    xxx−xx−0917

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 29, 2021.

Dated: November 29, 2021
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-32634-MBK |
| Daniel J Williams | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 29, 2021 | Form ID: plncf13 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel J Williams, 4 Lake Street, New Brunswick, NJ 08901-3213 |
| cr | + | United Teletech Financial FCU, Attn: Michael R. DuPont, Esq, 229 Broad St., PO Box 610, Red Bank, NJ 07701-0610 |
| 517167129 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517167130 | + | Barclays Bank Delaware / Upromise, 100 S West St, Wilmington, DE 19801-5015 |
| 517167141 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 517167144 | + | SST/Best Egg, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 517167143 | + | Sofi Lending Corp, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 517167154 | + | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 517236263 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 29 2021 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 29 2021 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517167129 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 29 2021 20:50:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517167130 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 29 2021 20:50:00 | Barclays Bank Delaware / Upromise, 100 S West St, Wilmington, DE 19801-5015 |
| 517167131 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2021 20:50:00 | Cb/westgate, Po Box 182789, Columbus, OH 43218-2789 |
| 517167132 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 20:59:46 | Citibank/Exxon Mobile, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517167133 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 21:00:02 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517167134 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 21:00:02 | Citibank/Shell Oil, Citicorp Srvs/ Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517167135 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 21:00:02 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517167136 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2021 20:50:00 | Comenitybank/westgate, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517167137 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2021 20:50:00 | Comenitycapital/goodsa, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517187606 | | Email/Text: mrdiscen@discover.com | Nov 29 2021 20:50:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |

Case 17-32634-MBK    Doc 64    Filed 12/01/21    Entered 12/02/21 00:18:36    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Nov 29, 2021 | Form ID: plncf13 | Total Noticed: 44 |

| Record | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517167138 | + | Email/Text: mrdiscen@discover.com<br>Nov 29 2021 20:50:00 | | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517167140 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com<br>Nov 29 2021 20:50:00 | | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 517650654 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Nov 29 2021 21:00:01 | | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517650655 | + | Email/PDF: resurgentbknotifications@resurgent.com<br>Nov 29 2021 20:59:45 | | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 517382101 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Nov 29 2021 20:59:45 | | LVNV Funding, LLC its successors and assigns as, assignee of Marlette Funding Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517313210 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Nov 29 2021 20:59:43 | | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517333226 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Nov 29 2021 21:00:00 | | Portfolio Recovery Associates, LLC, c/o Exxonmobil, POB 41067, Norfolk VA 23541 |
| 517333349 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Nov 29 2021 20:59:59 | | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 517333228 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Nov 29 2021 21:00:00 | | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517302825 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Nov 29 2021 20:59:51 | | Portfolio Recovery Associates, LLC, c/o UPromise, POB 41067, Norfolk VA 23541 |
| 517375298 | | Email/Text: bnc-quantum@quantum3group.com<br>Nov 29 2021 20:50:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517167142 | + | Email/Text: bankruptcyteam@quickenloans.com<br>Nov 29 2021 20:50:00 | | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 517270108 | + | Email/Text: bankruptcyteam@quickenloans.com<br>Nov 29 2021 20:50:00 | | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517385914 | + | Email/Text: specialservicing@sofi.com<br>Nov 29 2021 20:50:00 | | Sofi Lending Corp, One Letterman Dr Bldg A Ste 4700, San Francisco, CA 94129-1512 |
| 517382843 | + | Email/PDF: gecsedi@recoverycorp.com<br>Nov 29 2021 20:59:50 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517167146 | + | Email/PDF: gecsedi@recoverycorp.com<br>Nov 29 2021 20:59:57 | | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517168209 | + | Email/PDF: gecsedi@recoverycorp.com<br>Nov 29 2021 20:59:49 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517167147 | + | Email/PDF: gecsedi@recoverycorp.com<br>Nov 29 2021 20:59:50 | | Synchrony Bank/ JC Penney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517167148 | + | Email/PDF: gecsedi@recoverycorp.com<br>Nov 29 2021 20:59:49 | | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517167149 | + | Email/PDF: gecsedi@recoverycorp.com<br>Nov 29 2021 20:59:57 | | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517167150 | + | Email/PDF: gecsedi@recoverycorp.com<br>Nov 29 2021 20:59:49 | | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 517167151 | + | Email/PDF: gecsedi@recoverycorp.com<br>Nov 29 2021 20:59:57 | | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517167152 | | Email/Text: bankruptcy@td.com | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 29, 2021 | Form ID: plncf13 | Total Noticed: 44 |

| | | Nov 29 2021 20:50:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
|---|---|---|---|
| 517187780 | Email/Text: opsdept@utcu.org | Nov 29 2021 20:50:00 | United Teletech Fin FC, 205 Hance Ave, Tinton Falls, NJ 07724 |
| 517547102 | Email/Text: laura@redbanklaw.com | Nov 29 2021 20:50:00 | United Teletech Financial Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517167145 | | Syncb/pc Richard |
| 517167153 | | United Teletech Fin Fc |
| 517167139 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 01, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor QUICKEN LOANS INC. kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Financial FCU dupont@redbanklaw.com john@redbanklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| Robert C. Nisenson | on behalf of Debtor Daniel J Williams r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Nov 29, 2021 | Form ID: plncf13 | Total Noticed: 44

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9