**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Daniel J Williams<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0917<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–32634–MBK | |

# Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Daniel J Williams

<u>1/26/23</u>                                                                **By the court:** <u>Michael B. Kaplan</u>
                                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel J Williams  
    Debtor

Case No. 17-32634-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Jan 26, 2023     Form ID: 3180W     Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel J Williams, 4 Lake Street, New Brunswick, NJ 08901-3213 |
| cr | + | United Teletech Financial FCU, Attn: Michael R. DuPont, Esq, 229 Broad St., PO Box 610, Red Bank, NJ 07701-0610 |
| 517167141 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 26 2023 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 26 2023 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517167129 | + | EDI: TSYS2 | Jan 27 2023 01:49:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517167130 | + | EDI: TSYS2 | Jan 27 2023 01:49:00 | Barclays Bank Delaware / Upromise, 100 S West St, Wilmington, DE 19801-5015 |
| 517167131 | + | EDI: WFNNB.COM | Jan 27 2023 01:49:00 | Cb/westgate, Po Box 182789, Columbus, OH 43218-2789 |
| 517167132 | + | EDI: CITICORP.COM | Jan 27 2023 01:49:00 | Citibank/Exxon Mobile, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517167133 | + | EDI: CITICORP.COM | Jan 27 2023 01:49:00 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517167134 | + | EDI: CITICORP.COM | Jan 27 2023 01:49:00 | Citibank/Shell Oil, Citicorp Srvs/ Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517167135 | + | EDI: CITICORP.COM | Jan 27 2023 01:49:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517167136 | + | EDI: WFNNB.COM | Jan 27 2023 01:49:00 | Comenitybank/westgate, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517167137 | + | EDI: WFNNB.COM | Jan 27 2023 01:49:00 | Comenitycapital/goodsa, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517187606 | | EDI: DISCOVER.COM | Jan 27 2023 01:49:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 517167138 | + | EDI: DISCOVER.COM | Jan 27 2023 01:49:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517167140 | | EDI: USBANKARS.COM | Jan 27 2023 01:49:00 | Elan Financial Service, Cb Disputes, Saint Louis, |

Case 17-32634-MBK    Doc 76    Filed 01/28/23    Entered 01/29/23 00:16:35    Desc Imaged
                                 Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: 3180W | Total Noticed: 44 |

| | | | |
|---|---|---|---|
| | | | MO 63166 |
| 517650654 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2023 21:10:01 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517650655 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2023 21:10:00 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 517382101 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2023 21:10:14 | LVNV Funding, LLC its successors and assigns as, assignee of Marlette Funding Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517313210 | EDI: PRA.COM | Jan 27 2023 01:49:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517333226 | EDI: PRA.COM | Jan 27 2023 01:49:00 | Portfolio Recovery Associates, LLC, c/o Exxonmobil, POB 41067, Norfolk VA 23541 |
| 517333349 | EDI: PRA.COM | Jan 27 2023 01:49:00 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 517333228 | EDI: PRA.COM | Jan 27 2023 01:49:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517302825 | EDI: PRA.COM | Jan 27 2023 01:49:00 | Portfolio Recovery Associates, LLC, c/o UPromise, POB 41067, Norfolk VA 23541 |
| 517375298 | EDI: Q3G.COM | Jan 27 2023 01:49:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517167142 | + Email/Text: bankruptcyteam@quickenloans.com | Jan 26 2023 21:01:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 517270108 | + Email/Text: bankruptcyteam@quickenloans.com | Jan 26 2023 21:01:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517167144 | ^ MEBN | Jan 26 2023 20:55:38 | SST/Best Egg, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 517385914 | + Email/Text: specialservicing@sofi.com | Jan 26 2023 21:01:00 | Sofi Lending Corp, One Letterman Dr Bldg A Ste 4700, San Francisco, CA 94129-1518 |
| 517167143 | + Email/PDF: SoFiBKNotifications@resurgent.com | Jan 26 2023 21:09:55 | Sofi Lending Corp, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 517382843 | + EDI: RMSC.COM | Jan 27 2023 01:49:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517167146 | + EDI: RMSC.COM | Jan 27 2023 01:49:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517168209 | + EDI: RMSC.COM | Jan 27 2023 01:49:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517167147 | + EDI: RMSC.COM | Jan 27 2023 01:49:00 | Synchrony Bank/ JC Penney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517167148 | + EDI: RMSC.COM | Jan 27 2023 01:49:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517167149 | + EDI: RMSC.COM | Jan 27 2023 01:49:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517167150 | + EDI: RMSC.COM | Jan 27 2023 01:49:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 517167151 | + EDI: RMSC.COM | Jan 27 2023 01:49:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: 3180W | Total Noticed: 44 |

| 517167152 | EDI: TDBANKNORTH.COM | Jan 27 2023 01:49:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 517187780 | Email/Text: opsdept@utcu.org | Jan 26 2023 21:00:00 | United Teletech Fin FC, 205 Hance Ave, Tinton Falls, NJ 07724 |
| 517547102 | Email/Text: laura@redbanklaw.com | Jan 26 2023 21:00:00 | United Teletech Financial Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 517167154 | + EDI: WFFC2 | Jan 27 2023 01:49:00 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 517236263 | EDI: WFFC2 | Jan 27 2023 01:49:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517167145 | | Syncb/pc Richard |
| 517167153 | | United Teletech Fin Fc |
| 517167139 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2023         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor QUICKEN LOANS INC. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Financial FCU dupont@redbanklaw.com  lori@redbanklaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 26, 2023 | Form ID: 3180W | Total Noticed: 44 |

Robert C. Nisenson
    on behalf of Debtor Daniel J Williams r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8